543 A.2d 547

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Salvatore C. SASSO, Respondent.

Supreme Court of Pennsylvania.

June 14, 1988.

ORDER

PER CURIAM.

The Commonwealth's Petition for Allowance of Appeal is granted. The Order of the Superior Court 359 Pa.Super.

630, 515 A.2d 619, is reversed, and the case is remanded to the Court of Common Pleas of Carbon County for a hearing on the question of prejudice. *See,* Pa.R.Crim.P. 150; *Commonwealth v. Revtai,* 516 Pa. 53, 532 A.2d 1 (1987).